# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 5 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America  )  <br> v.  )  <br> Cesar S. Contreras  )  <br>  )  <br> Date of Previous Judgment: 5/21/03  )  <br> (Use Date of Last Amended Judgment if Applicable)  ) | Case No: 2:02CR02078-001 <br> USM No: 15596-085 <br><br> Rick A. Smith <br> Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __121__ months **is reduced to** __120__.

Except as provided above, all provisions of the judgment dated __5/21/03__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 7/15/2008

_____
Judge's signature

Effective Date: 7/15/2008
(if different from order date)

The Honorable Fred L. Van Sickle    Senior Judge, U.S. District Court
Printed name and title