PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cesar S Contreras          Case Number: 0980 2:02CR02078-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: May 22, 2003       Type of Supervision: Supervised Release

Conspiracy to Distribute Cocaine Base, 21 U.S.C. § 846Original Offense:          Date Supervision Commenced: August 2, 2011

Original Sentence: Prison - 121 M; TSR - 60 M   Date Supervision Expires: August 1, 2016

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    The defendant shall be allowed to travel to Mexico, departing on November 20, 2013, and returning January 20, 2014.

### CAUSE

The defendant released from the custody of the Bureau of Prisons on August 2, 2011, after serving 120 months on the original sentence.  The defendant has requested to visit family in Mexico as his employment with Wyatt Enterprises will be ending for 2 months.  The defendant is currently employed as a truck driver. The defendant will begin his employment upon his return.  The defendant has been compliant with his period of supervision and has maintained a stable residence in Pasco.   It would be respectfully recommended the defendant be allowed to travel to Mexico on the dates indicated.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | s/David L. McCary<br>11/14/2013 |
|  |  | David L. McCary<br>U.S. Probation Officer<br>Date:  November 14, 2013 |

Prob 12B
**Re: Contreras, Cesar S**
**November 14, 2013**
**Page 2**

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[x]     The Modification of Conditions as Noted Above
[ ]     Other

                                            s/ Fred Van Sickle
                                        Signature of Judicial Officer
                                              11/15/13
                                        Date